# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, INC., a Nebraska corporation, | Case No.   8:14-cv-00307-JFB-TDT |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| ITDB, L.L.C., a New Jersey limited liability company, PETER POLGAR, an individual, and ANIKO POLGAR, an individual, | |
| Defendants. | |

This matter came before the Court upon Plaintiff The Maids International, Inc.'s ("Plaintiff") and Defendants ITDB, L.L.C.'s, Peter Polgar's, and Aniko Polgar's (collectively "Defendants") Stipulation for Dismissal With Prejudice [Filing No. 37].  Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that the claims asserted by Plaintiff against Defendants, as well as any counterclaims that have been asserted by Defendants against Plaintiff, are dismissed with prejudice.  The claims being dismissed include all claims, defenses, and counterclaims that have been filed, or that could have been filed, by and between Plaintiff and Defendants.

IT IS FURTHER ORDERED that Plaintiff and Defendants shall each bear their own attorneys' fees, costs and expenses incurred in asserting their claims against one another.

SO ORDERED.

Dated:  May 4, 2015                                     BY THE COURT:


                                                        s/Joseph F. Bataillon
                                                        Senior United States District Judge